Name & Address:

Karen Kazaryan
Reg. No. 64302-112
FCI-FORT WORTH
P.O. Box 15330
Fort Worth, TX [76119]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karen Kazaryan,<br><br>                              PLAINTIFF(S)<br>v.<br>MIDLAND FUNDING LLC, et al.,<br>CONVERGENT OUTSOURCING, et al.,<br>PINNACLE CREDIT SERVICES, et al.,<br>PORTFOLIO RECOVERY ASSOCIATES, et al.<br><br>                              DEFENDANT(S). | CASE NUMBER<br><br>2:16-05930-CAS(ASx)<br><br><br>SUMMONS |

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Karen Kazaryan, Pro Se_ , whose address is _listed above_ _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _____       By: _____
                                        Deputy Clerk

                                        (Seal of the Court)


[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

CV-01A (10/11)                      SUMMONS